UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH CURRY WHITE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF VETERAN AFFAIRS, et al.,<br><br>　　　　　Defendants. | Case No. 19-cv-04333-SK<br><br>**ORDER OF SUA SPONTE REFERRAL** |

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Kandis A. Westmore to determine whether it is related to *White v. Wright, et. al.*, Case No. 17-cv-03956-KAW.

**IT IS SO ORDERED**.

Dated: August 15, 2019

_____
SALLIE KIM
United States Magistrate Judge